UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FRANZ ANTHONY YUKIO BURGET,

                Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 2:17-cv-1836 BAT

ORDER FOR EAJA FEES, COSTS
AND EXPENSES

NOTE ON MOTION CALENDAR
September 28, 2018 *without oral argument*

## **ORDER**

Based upon the  Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and

Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as

the stipulation of the parties, it is hereby ORDERED that:  EAJA attorney's fees of $7,261.05 and

expenses of $4.41 ( postage), and costs of $9.70 (copies), for a total of $7,275.11 shall:

    1)   Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. ---, 130 S.Ct. 2521, 2531-2,

177 L.Ed.2d 91 (2010)  and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

    2)  If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff

does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA

fees, costs and expenses directly to Rosemary B. Schurman.

///

Order for EAJA Fees- 17-1836 BAT  page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

Dated this 28th day of September, 2018

_____

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA  98034
425-821-8577

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on September 28, 2018 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney, and Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Order for EAJA Fees- 17-1836 BAT  page 2