# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

FRANZ ANTHONY YUKIO BURGET**,**

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil No. 2:17-cv-1836 BAT

ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b).

NOTE ON MOTION CALENDAR November 9, 2018 *without oral argument*

## **ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, as well as the Defendant's response to this motion, it is hereby ORDERED that:

**1)** The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $22,537.50 *less* previously awarded and received EAJA fees totaling $7,261.05 to equal a total fee of $15,276.45.

2) Defendant shall release the fee of **$15,276.45** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

ORDER for 406(b) Fees- 17-1836 BAT  page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**

Dated this 31st day of October, 2018

*signature*

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on October 22, 2018 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kerry Keefe, U.S. Attorney & Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 17-1836 BAT  page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**